## NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-1607
consolidated with 03-1606**

**STATE OF LOUISIANA**

**VERSUS**

**KERRY J. DOUCET, JR.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 79,393,
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Michael Harson
 District Attorney
William T. Babin
 Assistant District Attorney
Post Office Box 3306
Lafayette, Louisiana   70502
(337) 232-5170
Counsel for State of Louisiana**

**Lynden J. Burton
Pecantte-Burton & Burton
1407 Main Street
Jeanerette, Louisiana   70544
(337) 276-7888
Counsel for Defendant/Appellant:
        Kerry J. Doucet, Jr.**